## AMERICAN REHABILITATION AND PHYSICAL THERAPY, INC., Appellant,

v.

## AMERICAN MOTORISTS INSURANCE COMPANY, Appellee.

Supreme Court of Pennsylvania.

May 27, 2004.

Eugene Joseph Maginnis, Philadelphia, for American Rehab & Physical Therapy, Inc.

Andrew Jamison Gallogly, Philadelphia, for American Motorists Insurance Co.

Robert C. Mickle, for David Marconi and Charles Nocella.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May, 2004, the order of the Superior Court is reversed based upon the decision of this Court in *Nationwide Mutual Insurance Co. v. Wickett,* 563 Pa. 595, 763 A.2d 813 (2000).

Justice NEWMAN did not participate in the consideration or decision of this case.

■

### In the Matter of Aaron D. DENKER.

### No. 196 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 28, 2004.

### *ORDER*

PER CURIAM.

AND NOW, this 28th day of May, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board and Dissenting Report and Recommendation dated March 5, 2004, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

Justice NEWMAN dissents and would deny reinstatement.